William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-131-

Capitol Ambulance & Oxygen Service, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed April 27, 1973.*

Capitol Ambulance & Oxygen Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-139-

Suburban Door Check & Lock, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed April 27, 1973.*

Suburban Door Check & Lock Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.